IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL STORY                                                                                    PLAINTIFF

V.                                        CIVIL NO. 4:10-cv-04160

SHERIFF RON STOVALL;
and NURSE CARMILLITA
WILLIAMS                                                                                    DEFENDANTS

# **J U D G M E N T**

For the reasons stated in the Memorandum Opinion on this date, Separate Defendants' Motions for Summary Judgment (ECF Nos. 29 and 33) are hereby **GRANTED**, and Plaintiff's case is dismissed with prejudice.

**IT IS SO ORDERED this 17th day of September 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE